**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Francisca CELAYA–LOPEZ, Defendant—Appellant.**

No. 07–50530.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2008.*

Filed Nov. 26, 2008.

Stephen F. Miller, Esq., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Kathryn Thickstun Leff, Law Offices of Kathryn Thickstun Leff, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, KLEINFELD and RAWLINSON, Circuit Judges.

R.App. P. 34(a)(2).

## MEMORANDUM **

Appellant's sufficiency of evidence challenge fails under the standard set in *Jackson v. Virginia*, 443 U.S. 307, 319, 99 S.Ct. 2781, 61 L.Ed.2d 560 (1979). Sufficient evidence supports the district court's finding that appellant had a reasonable opportunity to escape. *See United States v. Verduzco*, 373 F.3d 1022, 1030 (9th Cir. 2004).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.